UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| In re | |
|---|---|
| Marie Maud Crichlow | Chapter 13 |
| | Case No. 04-18735 |
| Debtor | |

NOTICE OF APPEAL  05 CV 10653 MLW

    PLEASE TAKE NOTICE HEREBY that Marie Maud Crichlow appeals from the decision and order dated February 16, 2004 [sic], which granted the motion of Sandra DaSilva for relief from the automatic stay.

February 24, 2005

                            Respectfully submitted
                            Marie Maud Crichlow
                            By her attorney

                            /s/    David G. Baker
                            David G. Baker, Esq.
                            105 Union Wharf
                            Boston, MA  02109
                            617-367-4260
                            BBO # 634889