UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: MARIE MAUD CRICHLOW

BANKRUPTCY APPEAL

CIVIL ACTION NO. 05-10653-MLW

ORDER

WOLF, D. J.

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on April 1, 2005,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before April 19, 2005 and the Appellee's brief shall be filed on or before May 4, 2005. The Appellant may file and serve a reply brief on or before May 16, 2005.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

*[signature]*
Deputy Clerk

April 4, 2005
Date