UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| In re:<br><br>Marie Maud Crichlow<br><br>Debtor/Appellant | BANKRUPTCY APPEAL<br><br>Civil Action No.  05-10653-MLW |
|---|---|

## MOTION TO CONTINUE BRIEFING SCHEDULE GENERALLY OR TO VACATE

NOW COMES Marie Maud Crichlow, debtor/appellant in the above captioned matter, and respectfully moves the Court to continue generally or vacate the briefing schedule in this matter and for reasons states that as yet the Court has not acted on Crichlow's motion to certify a question to the Massachusetts Supreme Judicial Court ("SJC").  If this Court grants that motion and certifies a question, that will necessarily alter the schedule in this Court as well as the issues which this Court must resolve.

As it cannot be predicted what schedule the SJC will establish, it seems most practical and in the interests of judicial economy for this Court not to establish a briefing schedule until it acts on the motion to certify the question or the completion of matters before the SJC, as the case may be.

WHEREFORE Crichlow requests that the Court continue generally or vacate the briefing schedule in this matter.

April 18, 2005

Marie Maud Crichlow
By her attorney,

/s/     *David G. Baker*
David G. Baker, Esq.
105 Union Wharf
Boston, MA  02109
(617) 367-4260
BBO # 634889

## CERTIFICATE OF SERVICE

The undersigned hereby states upon information and belief that the within Motion was served upon the appellee by the Court's CM/ECF system.

/s/  *David G. Baker*
David G. Baker, Esq.

1